UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 02 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| CHEMENCE MEDICAL PRODUCTS, INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CV-1366-RLV |
| JAMES QUINN, M.D., | |
| Defendant. | |

O R D E R

This matter comes before the court on the defendant's motion to transfer and consolidate [Doc. No. 32]. In the motion, the defendant asks this court to transfer this matter to Senior Judge J. Owen Forrester. Moreover, the defendant asks this court to consolidate this matter with a case that was pending before Senior Judge J. Owen Forrester at the time of the filing of his motion. Because Senior Judge J. Owen Forrester has transferred his case to this court, the defendant's motion is partially rendered moot by Senior Judge J. Owen Forrester's actions. However, the court agrees with the defendant that this matter and <u>Chemence, Inc., et v. James Quinn, et. al</u>, Civil Action File 1:11-CV-3800-RLV should be administratively consolidated. Therefore, the court DIRECTS the Clerk of Court to take all necessary and proper measures to ADMINISTRATIVELY CONSOLIDATE this matter and <u>Chemence, Inc., et v.</u>

James Quinn, et. al, Civil Action File 1:11-CV-3800-RLV. In light of this consolidation, the parties are directed to file all future motions and pleadings in this case. To insure that the parties in Chemence, Inc., et v. James Quinn, et. al, Civil Action File 1:11-CV-3800-RLV receive notice of this court's actions, the court DIRECTS the Clerk of Court to file a copy of this order in Chemence, Inc., et v. James Quinn, et. al, Civil Action File 1:11-CV-3800-RLV.

For the above reasons, the court GRANTS the defendant's motion to transfer and consolidate [Doc. No. 32].

SO ORDERED, this 2nd day of February, 2012.

*[signature]*
ROBERT L. VINING, JR.
Senior United States District Judge